UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BOYCE LAMARR BLANCHARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15 CV 1919 JMB |
| | ) | |
| RICHARD FRANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motion for leave to proceed in forma pauperis. The motion is granted. Additionally, Plaintiff must show cause why this action should not be summarily dismissed.

Rule 8(a) of the Federal Rules of Civil Procedure requires a plaintiff to plead a "short and plain statement of the grounds for the court's jurisdiction . . ." The complaint lacks such a statement. Plaintiff alleges that the City of St. Louis violated its own charter by refusing to reinstate him to the job he lost for selling marijuana. This does not provide a basis for this Court's jurisdiction. See 28 U.S.C. § 1331. Therefore, Plaintiff must show cause why this action should not be dismissed.

If Plaintiff is attempting to sue defendants under Title VII of the Civil Rights Act of 1964, he must file an amended complaint on the Court's employment discrimination complaint form and file a copy of his right-to-sue letter from the EEOC.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for leave to proceed in forma pauperis (ECF No. [2]) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff must show cause within fourteen (14) days of the date of this Order why this action should not be dismissed for lack of jurisdiction.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this matter without further proceedings.

Dated this 31st day of December, 2015.

/s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE